# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RODNEY A. MANOS & GABRIELLE W. MANOS  
7236 POLO PLACE  
LOVES PARK, IL 61111  

SSN-xxx-xx-6114 & xxx-xx-2132

Case Number: 04-73363

Case filed on: 7/1/2004  
Plan Confirmed on: 10/15/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $45,600.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | RODNEY A. MANOS | 0.00 | 0.00 | 1,253.19 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,253.19 | 0.00 |
| 001 | GRP FINANCIAL SERVICES CORPORATION | 2,400.00 | 2,400.00 | 2,400.00 | 0.00 |
| 002 | CENTER ONE FINANCIAL | 10,873.58 | 9,450.00 | 9,450.00 | 1,337.13 |
| 003 | NSWC FEDERAL CREDIT UNION | 22,000.00 | 22,000.00 | 22,000.00 | 3,384.68 |
|  | Total Secured | 35,273.58 | 33,850.00 | 33,850.00 | 4,721.81 |
| 002 | CENTER ONE FINANCIAL | 4,063.03 | 0.00 | 0.00 | 0.00 |
| 003 | NSWC FEDERAL CREDIT UNION | 13,744.85 | 0.00 | 0.00 | 0.00 |
| 004 | BANK OF AMERICA | 7,512.64 | 0.00 | 0.00 | 0.00 |
| 005 | BANKCARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 1,268.09 | 0.00 | 0.00 | 0.00 |
| 007 | DISCOVER FINANCIAL SERVICES | 3,835.33 | 0.00 | 0.00 | 0.00 |
| 008 | FIFTH THIRD BANK | 3,660.21 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 10,642.73 | 0.00 | 0.00 | 0.00 |
| 010 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | GEVALIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 1,613.48 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 1,468.30 | 0.00 | 0.00 | 0.00 |
| 014 | MYSTERY GUILD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NSWC FEDERAL CREDIT UNION | 514.97 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH SYSTEMS/ | 23.38 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD UROLOGICAL ASSOCIATES, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SEARS GOLD MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 4,343.27 | 0.00 | 0.00 | 0.00 |
| 022 | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD MERCANTILE AGENCY INC | 234.20 | 0.00 | 0.00 | 0.00 |
| 202 | THE BRICE LEGAL GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 52,924.48 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 91,062.06 | 36,714.00 | 37,967.19 | 4,721.81 |

Total Paid Claimant:      $42,689.00  
Trustee Allowance:        $2,911.00  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 11/30/2007         By /s/Heather M. Fagan